IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/9/05*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00718-RMW |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| JUAN CARDENAS, | ) | HEARING TO DECEMBER 12, 2005 AND EXCLUDING TIME |
| Defendant. | ) | |

The Court held a status hearing on November 14, 2005. Defense counsel requested a continuance to December 12, 2005 to review discovery and conduct further investigation. The government had no objection to the requested continuance. Upon consideration of the defendant's request to continue the status hearing and there being good cause,

IT IS HEREBY ORDERED that the status hearing is continued to December 12, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that the time between November 14, 2005 and December 12, 2005 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) (need to permit defense counsel to effectively prepare and the ends of justice served in granting the requested continuance outweighs the best interest of the public and the defendant, out of custody, in a speedy trial).

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

December 9, 2005