BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>JUAN ANTONIO CARDENAS,   )<br>)<br>Defendant.   )<br>_____ ) | *E-FILED - 5/5/06*<br><br>No. CR 05-00718 RMW<br><br><br><br>**STIPULATION AND**<br>**ORDER TO CONTINUE STATUS DATE** |

Assistant United States Attorney Carlos Singh and defendant, Juan Antonio Cardenas, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, April 24, 2006, should be continued to Monday, June 19, 2006, at 9:00 a.m.

The parties stipulate and agree that the status date should be continued because the Federal Public Defender, who was appointed to represent Mr. Cardenas in April 2005, recently reassigned this case from Assistant Federal Public Defender Nicholas P. Humy to Angela M. Hansen.  Counsel needs additional time to review the case file and discovery, to meet with Mr. Cardenas, and to investigate this case before advising Mr. Cardenas as to whether he should file motions, enter a plea or proceed to trial.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the

1  defendant and public in a speedy trial because the failure to grant such a continuance would

2  unreasonably deny Mr. Cardenas continuity of counsel and the time necessary for effective

3  preparation, taking into account the exercise of due diligence.

5  Dated: April 20, 2006                              _____/s/_____
                                                      ANGELA M. HANSEN
6                                                     Assistant Federal Public Defender

8  Dated: April 20, 2006                              _____/s/_____
                                                      CARLOS SINGH
9                                                     Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>             Plaintiff,                        )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>JUAN ANTONIO CARDENAS,    )<br>                                                     )<br>             Defendant.                    )<br>_____)  | No. CR 05-00718 RMW<br><br>**ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

    The parties have jointly requested to continue the status date set for April 24, 2006 to June 19, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for April 24, 2006 be continued to Monday, June 19, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 24 through and including June 19, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: May 5, 2006
                                                                  /s/ Ronald M. Whyte
                                                                  RONALD M. WHYTE
                                                                  United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26