BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/15/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN ANTONIO CARDENAS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00718 RMW <br><br> **STIPULATION AND []** <br> **ORDER TO CONTINUE STATUS DATE** |

     Assistant United States Attorney Carlos Singh and defendant, Juan Antonio Cardenas, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, June 19, 2006, should be continued to Monday, August 21, 2006, at 9:00 a.m.

     The parties stipulate and agree that the status date should be continued because counsel for Mr. Cardenas is investigating this case and needs additional time to locate witnesses and to collect pertinent records before she can assess whether or not Mr. Cardenas should file motions, enter a plea or proceed to trial.

     The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Cardenas continuity of counsel and the time necessary for effective

1  preparation, taking into account the exercise of due diligence.

2

3  Dated: June 14, 2006                            _____/s/_____
                                                   ANGELA M. HANSEN
4                                                  Assistant Federal Public Defender

5

6  Dated: June 14, 2006                            _____/s/_____
                                                   CARLOS SINGH
7                                                  Assistant United States Attorney

1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00718 RMW |
| ) | |
| Plaintiff, ) | **[] ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| JUAN ANTONIO CARDENAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date set for June 19, 2006 to August 21, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to Monday, August 21, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 19 through and including August 21, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: June 15, 2006                     /S/ RONALD M. WHYTE
                                         RONALD M. WHYTE
                                         United States District Judge

3

1 | Distribute to:

2 |

3 | Angela Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
Counsel for Defendant

5 |

Carlos Singh
6 | Assistant United States Attorney
150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
Counsel for the United States

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |