BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CARDENAS

*E-FILED - 9/21/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                        Plaintiff,            )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>JUAN ANTONIO CARDENAS,      )<br>                                                          )<br>                        Defendant.         )<br>_____ ) | No. CR 05-00718 RMW<br><br>**STIPULATION AND<br>ORDER TO CONTINUE STATUS DATE** |

      Assistant United States Attorney Carlos Singh and defendant, Juan Antonio Cardenas, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, August 28, 2006, should be continued to October 23, 2006, at 9:00 a.m.

      The parties stipulate and agree that the status date should be continued because counsel for Mr. Cardenas is investigating this case and needs additional time to locate witnesses and to collect pertinent records before she can assess whether or not Mr. Cardenas should file motions, enter a plea or proceed to trial.  Additionally, counsel for Mr. Cardenas has requested an evidence view that cannot be scheduled until the case agent returns on August 28.  The defense has also requested additional discovery from the government, including photos from the search

1  and audio recordings of interviews with government witnesses and a video of an interview with
2  Mr. Cardenas.
3      The parties further stipulate and agree to an exclusion of time from August 28, 2006 to
4  October 23, 2006 under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the
5  continuance requested outweigh the best interest of the defendant and public in a speedy trial
6  because the failure to grant such a continuance would unreasonably deny Mr. Cardenas
7  continuity of counsel and the time necessary for effective preparation, taking into account the
8  exercise of due diligence.

10  Dated: August 24, 2006                            _____/s/_____
                                                               ANGELA M. HANSEN
11                                                               Assistant Federal Public Defender

13  Dated: August 24, 2006                             _____/s/_____
                                                               CARLOS SINGH
14                                                               Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00718 RMW |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **STATUS DATE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| JUAN ANTONIO CARDENAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties have jointly requested to continue the status date set for August 28, 2006 to October 23, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set is continued to October 23, 2006, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 28, through and including October 23, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: September 21, 2006          _____/s/ Ronald M. Whyte_____
                                                   RONALD M. WHYTE
                                                   United States District Judge

1 | Distribute to:

2

3 | Angela Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
Counsel for Defendant

5

6 | Carlos Singh
Assistant United States Attorney
150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
Counsel for the United States

8