1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOWSKI (CASBN 138549)
   Chief, Criminal Division
4  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
5
6  Attorneys for Plaintiff

7       150 Almaden Blvd., Suite 900
        San Jose, California 95113-3081
        Telephone: (408) 535-5065
8       Fax: (408) 535-5066                    *E-FILED - 3/22/07*
        E-mail: carlos.singh@usdoj.gov
9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,        )   No. CR 05-00718-RMW
                                     )
13         Plaintiff,                )
                                     )   STIPULATION AND ORDER
14         v.                        )   CONTINUING STATUS HEARING
                                     )
15  JUAN A. CARDENAS,                )
                                     )
16         Defendant.                )
                                     )
17
18      The parties stipulate to a continuance of the March 19, 2007 status hearing to April 2,

19  2007 for the following reasons: The parties were prepared to enter into a plea agreement on

20  March 19. However, in a discussion on March 15 the parties discovered there may be an issue

21  regarding the appropriate base offense level. The parties need a two-week continuance to further

22  research the defendant's criminal history in order to properly determine the correct base offense

23  ///
    ///
24  ///

1  level. The parties stipulate to an exclusion of time from March 19, 2007 to April 2, 2007,
2  pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B) (effective preparation, and interest of justice).
3
4  _____/S/_____          _____/S/_____
   Nick Humy, Esq.                      Carlos Singh
5  Counsel for Juan A. Cardenas         Counsel for the Government
6  March 15, 2007                       March 15, 2007
7
8  **SO ORDERED.**
9
   March  22 , 2007                     *Ronald M. Whyte*
10                                      _____
                                        RONALD M. WHYTE
11                                      United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28