JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5081
E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JUAN A. CARDENAS, <br> Defendant. | No. CR 05-00718 RMW <br><br> [] ORDER VACATING TRIAL DATE, RESETTING MATTER FOR STATUS, AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

This matter is currently set for trial on March 31, 2008, with a pre-trial motion hearing set for March 9, 2008, and a pre-trial conference set for March 20, 2008. . The parties now jointly request that the March 31, 2008 trial date and other pre-trial hearing dates be vacated, and that this matter be set for status/trial setting on March 31, 2008. The grounds for the parties' request is that: (1) in an effort to eliminate unnecessary pre-trial motion practice, the parties wish to confer further regarding discovery, including materials the government has previously provided to the defense regarding DNA testing conducted in this matter; (2) the parties wish to confer regarding a pre-trial disposition of this matter, which may require conferring with state law enforcement authorities regarding pending state criminal charges against the defendant arising

S<span style="font-variant:small-caps">tipulation and</span> [] <span style="font-variant:small-caps">order</span>
CR 05-00718 RMW

from an alleged incident which took place after the alleged offense conduct in this case. If a resolution in this matter is not reached by the proposed March 31, 2008 status/hearing date, the parties' current intention would be to ask the Court on that date to reset this matter for trial commencing on a subsequent date.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1. The currently March 31, 2008 trial date and March 9, 2008, and March 20, 2008 pre-trial hearing dates are hereby vacated.

2. This matter is set for status/trial setting on March 31, 2008, at 9:00 a.m.

2. The time between March 4, 2008 and March 31, 2008 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:_____/s/_____          ____3/4/08_____
                                    NICHOLAS HUMY
                                    Assistant Federal Public Defender


DATED:_____/s/_____          ____3/4/08_____
                                    JOSEPH A. FAZIOLI
                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED: 3/13/08                      _Ronald M. Whyte_____
                                    RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE