1    JOSEPH P. RUSSONIELLO (CASBN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CASBN 163973)
3    Chief, Criminal Division

4    JOSEPH A. FAZIOLI (ILSBN 6273413)
     Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5061
7     Facsimile: (408) 535-5081
      E-Mail:  joseph.fazioli@usdoj.gov          *E-FILED - 4/17/08*
8
     Attorneys for the United States
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14                                      )   No. CR 05-00718 RMW
     UNITED STATES OF AMERICA,          )
15                                      )   [] ORDER RESETTING
            Plaintiff,                  )   STATUS CONFERENCE AND
16                                      )   EXCLUDING TIME FROM THE SPEEDY
        v.                              )   TRIAL ACT CALCULATION (18 U.S.C. §
17                                      )   3161(h)(8)(A))
     JUAN A. CARDENAS,                  )
18                                      )
            Defendant.                  )
19                                      )

20         This matter is currently set for status/trial setting on April 21, 2008.  The parties now

21   jointly request that the April 21, 2008 hearing date be reset for May 19, 2008.  The grounds for

22   the parties' request is that: (1) in an effort to eliminate unnecessary pre-trial motion practice, the

23   parties wish to confer further regarding discovery, including materials the government has

24   previously provided to the defense regarding DNA testing conducted in this matter. As part of

25   this process, the government is working for provide to the defense bates-stamped copies of a

26   significant number of documents related to that DNA testing which were previously provided in

27   electronic form; and (2) the parties wish to confer regarding a pre-trial disposition of this matter,

28   which may require conferring with state law enforcement authorities regarding pending state

STIPULATION AND [] ORDER
CR 05-00718 RMW

1   criminal charges against the defendant arising from an alleged incident which took place after the

2   alleged offense conduct in this case.  If a resolution in this matter is not reached by the proposed

3   May 19, 2008 status/hearing date, the parties' current intention would be to ask the Court on that

4   date to set this matter for trial commencing on a subsequent date.

5          In light of the above, the parties agree, and the Court finds and holds, as follows:

6   1.      The currently April 21, 2008 hearing date is hereby vacated.

7   2.      This matter is set for status/trial setting on May 19, 2008, at 9:00 a.m.

8   2.      The time between April 21, 2008 and May 19, 2008 is excluded under the Speedy Trial

9   Act.  The parties agree that the failure to grant the requested continuance would unreasonably

10  deny defense counsel reasonable time necessary for effective preparation, taking into account the

11  exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of

12  justice served by granting the requested continuance outweigh the best interest of the public and

13  the defendant in a speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. §

14  3161(h)(8)(A).

15

16  STIPULATED:

17  DATED:_____4/10/08_____          _____/s/_____
                                          NICHOLAS HUMY
18                                        Assistant Federal Public Defender

19

20  DATED:_____4/11/08_____          _____/s/_____
                                          JOSEPH A. FAZIOLI
21                                        Assistant United States Attorney

22  IT IS SO ORDERED.

23  DATED:___4/17/08_____        _Ronald M. Whyte_____
                                          RONALD M. WHYTE
24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28